IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BEKAERT CORPORATION,

    Plaintiff,

v.                                                                                    NO. 1-02-1232 T

JIMMY CAMPBELL, BARBARA CAMPBELL,
KKB ENTERPRISES, JEFF JACKSON,
RODNEY WALKER, SR., DAVID CRISWELL,
JIM BEASLEY and PRENTICE INDUSTRIAL
SERVICES, INC.,

    Defendants.

---

ORDER GRANTING JOINT MOTION OF PLAINTIFF AND DEFENDANTS BARBARA
CAMPBELL, JIM BEASLEY AND PRENTICE INDUSTRIAL SERVICES, INC., TO
CONTINUE TRIAL OF THE CASE FOR SIX (6) MONTHS

---

    Upon the joint and unopposed Motion of Plaintiff and Defendants Barbara Campbell, Jim Beasley and Prentice Industrial Services, Inc., and for good cause shown, it is hereby Ordered that the trial of this case, currently scheduled for September 6, 2005, shall be continued.

    The case will be set for trial on _March 13_, 2006, and the trial is expected to last five (5) days. A joint pre-trial order shall be due on _March 3_, 2006.

    SO ORDERED THIS _16th_ DAY OF _August_, 2005.

_____
HONORABLE JAMES TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 1:02-CV-01232 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Bruce Conley
CONLEY CAMPBELL MOSS & SMITH
317 South Third Street
Union City, TN 38281

Jason C. Scott
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Shawn R. Lillie
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT