# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

BEKAERT CORPORATION,

v.

JIMMY CAMPBELL, ET AL.,   CASE NUMBER: 1:02-1232-T

**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that in compliance with the Order entered in the above styled case on 6/23/03,  Third-Party  Defendants' Jeff Jackson, Rodney Walker, Sr., and David Criswell, and Jim Beasley's  Motion for Summary Judgment is GRANTED.  In compliance with the Order entered on 7/29/03, Defendant Jane Doe is DISMISSED with Prejudice.  In compliance with the Order entered on 12/30/04, Plaintiff's Motion for Default Judgment against Defendants' Jeff Jackson, Rodney Walker, Sr. and David Criswell is GRANTED and renders the judgments as follows: Jackson, Walker, Sr., Criswell are jointly and severally liable to Bekaert for their fraudulent and illegal acts taken in furtherance of their scheme to defraud Bekaert as set forth in the Amended Verified Complaint for Temporary Restraining Order, Preliminary Injunction and Damages in the amount of $4,152,531.00. In compliance with the Order entered on 1/12/06, Defendant Barbara Campbell is DISMISSED with Prejudice.  In compliance with the Orders entered on 2/18/06, Defendants' Jim Beasley, Prentice Industrial Services, Inc. and Jimmy Campbell are DISMISSED with Prejudice.  In compliance with the Order entered on 3/5/06, Defendant KKB Enterprises is DISMISSED.  All other claims in this action having been either dismissed by the Court or compromised and settled by the parties, this case is hereby DISMISSED.

**APPROVED:**

　　　　　　　　　　　　　　　　　　　　　　 **s/** James D. Todd
　　　　　　　　　　　　　　　　　　　　　　**JAMES D. TODD**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**